**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 24-2184

In re: Lipitor Antitrust Litig.  vs. _____

Calendar Date 09/29/2025    Location Philadelphia, Pa.

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Lisa J. Rodriguez

Designation of Arguing Counsel: Kenneth A. Wexler

Member of the Bar: ✔ Yes ☐ No

Representing (check only one):

✔ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:
A.F. of L-A.G.C. Building Trades Welfare Plan

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)